# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; BOBBY HEATH, MAXINE WHITLEY, and ALAN SWAIN,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, JEFF CARMON III, in his official capacity as a member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,<br><br>      *Defendants*. | Civil Action No. 1:20-CV-911<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Timothy K. Moore, Philip E. Berger, Bobby Heath, Maxine Whitley, and Alan Swain, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order denying their Motion for Preliminary Injunction, Doc. 74, entered in this action on the fourteenth day of October, 2020.

1

Dated: October 15, 2020

Respectfully submitted,

/s/ Nicole J. Moss
COOPER & KIRK, PLLC
David H. Thompson
Peter A. Patterson
Nicole J. Moss (State Bar No. 31958)
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601
nmoss@cooperkirk.com
*Counsel for Plaintiffs*

/s/ Nathan A. Huff
PHELPS DUNBAR LLP
4140 ParkLake Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 789-5300
Fax: (919) 789-5301
nathan.huff@phelps.com
State Bar No. 40626
*Local Civil Rule 83.1 Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 15th day of October, 2020, she electronically filed the foregoing Plaintiffs' Motion for Temporary Stay with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss