FILED: January 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2118 (L)
(1:20-cv-00911-WO-JLW)

_____

TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives; PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; BOBBY HEATH; MAXINE WHITLEY; ALAN SWAIN

   Plaintiffs - Appellees

v.

DEMOCRACY NORTH CAROLINA; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; LELIA BENTLEY; MARGARET B. CATES; ROBERT K. PRIDDY, II; REGINA WHITNEY EDWARDS; JOHN P. CLARK; WALTER HUTCHINS

   Appellants

and

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as a member of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as a member of the Noth Carolina State Board of Elections

   Defendants

BARKER FOWLER; BECKY JOHNSON; JADE JUREK; ROSALYN KOCIEMBA; TOM KOCIEMBA; SANDRA MALONE; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; CAREN RABINOWITZ

    Intervenors/Defendants

_____

No. 20-2119
(1:20-cv-00912-WO-JLW)

_____

PATSY J. WISE; REGIS CLIFFORD; SAMUEL GRAYSON BAUM; DONALD J. TRUMP FOR PRESIDENT, INC.; GREGORY F. MURPHY, U.S. Congressman; DANIEL BISHOP, U.S. Congressman; REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY; CAMILLE ANNETTE BAMBINI

    Plaintiffs - Appellees

v.

DEMOCRACY NORTH CAROLINA; THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; JOHN P. CLARK; MARGARET B. CATES; LELIA BENTLEY; REGINA WHITNEY EDWARDS; ROBERT K. PRIDDY, II; WALTER HUTCHINS

    Appellants

and

DAMON CIRCOSTA, in his official capacity as Chair of the State Board of Elections; STELLA ANDERSON, in her official capacity as Secretary of the State Board of Elections; JEFF CARMON, in his official capacity as Member of the NC State Board of Elections; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendants

ROSALYN KOCIEMBA; TOM KOCIEMBA; SANDRA MALONE; CAREN RABINOWITZ; NORTH CAROLINA ALLIANCE FOR RETIRED

AMERICANS; JADE JUREK; BARKER FOWLER; BECKY JOHNSON

Intervenors/Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk